**Order entered October 24, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00893-CV

### FELIPE DELEON, JR., Appellant

### V.

### ROSA BENITEZ, Appellee

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV97-00151-S**

## ORDER

Before the Court is appellant's October 14, 2019 request for appointment of counsel and a copy of "all court records with affidavit." We take no action on the request for appointment of counsel as the Court does not appoint counsel. To the extent appellant requests a copy of the records, we note that only the clerk's record has been filed, and a copy of that record was included in the Court's October 21, 2019 letter to appellant directing him to file jurisdictional briefing. Accordingly, we **DENY** the request for records as moot.

/s/     KEN MOLBERG
        JUSTICE